UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELINDA NUNEZ; TONY GREENIDGE; N.W.; A.W.; M.W.,

Plaintiffs,

-against-

WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES; SUZANNE DUNN; LAUREN JOHNSON; HON. RAYNETTE N. BREWSTER; ELSA RAMOS; TARA LAYMAN,

Defendants.

25-CV-9379 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated June 9, 2026, the Court directed (1) Plaintiffs Belinda Nunez and Tony Greenidge to submit a redacted complaint, (2) Nunez to submit a redacted *in forma pauperis* ("IFP") application and (3) Greenidge to submit an IFP application. That order specified that failure to comply within thirty days would result in dismissal of the complaint. Plaintiffs did not respond to the order. Accordingly, because Nunez has not filed a redacted IFP application and Greenidge has not filed an IFP application, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated: September 15, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge